1

2

3

4

5

6

7

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

11    KEITH ROBBIN JERRO,                    ) Case No. CV 05-7361 R(JC)
                                             )
12                    Petitioner,            )
                                             )
13             v.                            ) ORDER ADOPTING FINDINGS,
                                             ) CONCLUSIONS, AND
14    A.K. SCRIBNER, Warden,                 ) RECOMMENDATIONS OF
                                             ) UNITED STATES MAGISTRATE
15                    Respondent.            ) JUDGE
                                             )
16    _____       )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of

18    Habeas Corpus by a Person in State Custody (the "Petition"), and all of the records

19    herein, including the attached Report and Recommendation of United States

20    Magistrate Judge ("Report and Recommendation"), and petitioner's objections to

21    the Report and Recommendation ("Objections").  The Court has further made a *de*

22    *novo* determination of those portions of the Report and Recommendation to which

23    objection is made.  The Court concurs with and adopts the findings, conclusions,

24    and recommendations of the United States Magistrate Judge and overrules the

25    Objections.

26        IT IS ORDERED that Judgment be entered denying the Petition and

27    dismissing this action with prejudice.

28    ///

      ///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the

2  Report and Recommendation, and the Judgment herein on counsel for petitioner

3  and respondent.

4    LET JUDGMENT BE ENTERED ACCORDINGLY.

5

6  DATED: April 30, 2009

7

8  _____

9  HONORABLE MANUEL L. REAL
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2