1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KEITH ROBBIN JERRO,                           )    Case No. CV 05-7361 R(JC)
                    Petitioner,               )
                                              )    JUDGMENT
          v.                                  )
                                              )
A.K. SCRIBNER,                                )
                                              )
                    Respondent.               )
                                              )

Pursuant to this Court's Order Adopting Findings, Conclusions and
Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person
in State Custody is denied and this action is dismissed with prejudice.

DATED: April 30, 2009

HONORABLE MANUEL L. REAL
UNITED STATES DISTRICT JUDGE